NOVEMBER 1st, 2007                                         UTICA, NEW YORK
HON. DAVID N. HURD, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso

## *S E N T E N C I N G*

10:00 A.M.   COURT IN SESSION

FRANK RUSSO          5:06-CR-379          CAB          Max Stern, Esq.
                                                        Alexandra Deal, Esq.

Deft appears w/his attorneys.  AUSA Craig Benedict speaks on behalf of Government.  Deft
advised of his right to speak.  Deft's attorney speaks.  Deft declines.  Judge Hurd orders deft
committed to BOP for a term of *18 months* on *Count 1* of the *Indictment; 2 years* supervised
release with standard and special conditions; $100.00 special assessment also imposed and due
immediately.  Ct. recommends to BOP that deft be confined at or near Salem, New Hampshire.
Remaining counts dismissed upon motion of AUSA Craig Benedict.  Deft to *surrender* by *2:00
p.m.* on *January 8th, 2008.*  Deft advised of his right to appeal.  Deft released on same bail and
conditions as previously set pending surrender.


10:30 A.M.  Recessed.